United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **EDGAR MOSTI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-03378** |
| | § | |
| **DETECTIVE GREGORY TULLIS, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**FINAL JUDGMENT**

Plaintiff Edgar Mosti brought this suit against Defendants Detective Gregory Tullis, Detective Caitlan Adams, and Officer Adams in September 2023. Defendants subsequently filed a Motion for Summary Judgment. ECF No. 34. In a hearing on February 11, 2025, the Court granted Defendants' Motion.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Court's hearing, final judgment is hereby ENTERED for Defendants Detective Gregory Tullis, Detective Caitlan Adams, and Officer Adams.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th day of February, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE